IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **JOSE MELCHOR** §<br>　*Plaintiff*, §<br>§<br>v. §<br>§<br>§<br>**TINH NGUYEN AND GOLD LANE** §<br>**TRUCKING CORPORATION,** §<br>　*Defendants*. § | **CIVIL ACTION NO. 7:20-CV-00147-DC** |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:**

**COME NOW**, Plaintiff Jose Melchor and Defendants Tinh Nguyen and Gold Lane Trucking Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and file this, their Agreed Stipulation of Dismissal with Prejudice in the above-entitled and numbered cause.

**STIPULATIONS**

1. Plaintiff Jose Melchor stipulates to the dismissal of each and all of his causes of action asserted against Defendants Tinh Nguyen and Gold Lane Trucking Corporation, in this action, with prejudice to said actions being refiled against Defendants Tinh Nguyen and Gold Lane Trucking Corporation.

2. All parties hereto stipulate that taxable costs of court shall be borne by the party incurring same.

Respectfully submitted,

**SARGENT LAW, P.C.**

By: */s/ David L. Sargent*
　　**DAVID L. SARGENT**
　　State Bar No. 17648700