### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JOSE MELCHOR, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | NO. MO:20-CV-000147 DC |
| § | |
| TINH NGUYEN, ET AL., § | |
|    *Defendants*. § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Agreed Stipulation of Dismissal With Prejudice (Doc. 22) filed December 9, 2020

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 14th day of December, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE